FILED: JUNE 27, 2008
08CV 3687
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER
EDA

Case 1:08-cv-03687   Document 3   Filed 06/27/2008   Page 1 of 1

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| the Arbitration Between WISCONSIN PUBLIC SERVICE CORPORATION, Applicant and UNION PACIFIC RAILROAD COMPANY, Respondent., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wisconsin Public Service Corporation

| NAME (Type or print) |
|---|
| Charles M. Gering |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles M. Gering |
| FIRM |
| Foley & Lardner LLP |
| STREET ADDRESS |
| 321 N. Clark Street, suite 2800 |
| CITY/STATE/ZIP |
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210607 | 312/832-4500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐