UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 7 2008 TC
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| In the Matter of the Arbitration Between | ) | |
| | ) | |
| WISCONSIN PUBLIC SERVICE CORPORATION, | ) ) | |
| | ) | |
| Applicant, | ) | No. 08 CV 3687 |
| | ) | |
| and | ) | Judge Der-Yeghiayan |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Schenkier |
| | ) | |
| Respondent. | ) | |

### RESPONDENT'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois, respondent, Union Pacific Railroad Company, by its attorneys, makes the following disclosures:

Union Pacific Corporation, a publicly held company, owns 10% or more of respondent Union Pacific Railroad Company's stock. Union Pacific Corporation and Southern Pacific Rail Corporation are the parent corporations of Union Pacific Railroad Company.

Dated: June 27, 2008

Respectfully submitted,

_____
Ronald J. Cuchna
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL 60606
Tel: 312-777-2040
Fax: 312-777-2065

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

| | |
|---|---|
| __X__ | United States Mail, postage prepaid and sealed; |
| ____ | United States Certified Mail, postage prepaid and return receipt requested; |
| ____ | Hand Delivery; |
| ____ | UPS / Next Day Air; |
| ____ | Facsimile Transmission; and/or |
| ____ | Local Rule 5.9 Electronic Filing (U.S.D.C., ND IL). |

on this 27th day of June, 2008.

Charles M. Gering, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite #2800
Chicago, IL   60610

Kelvin J. Dowd, Esq.
Frank J. Pergolizzi, Esq.
SLOVER & LOFTUS
1224 17th Street, N.W.
Washington, DC   20036

Joseph M. Rebein, Esq.
Laurie A. Novion, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO   64108-2613

_____
Ronald J. Cuchna

G:\LAW\LITIGATE\WPS-POS.doc