MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

the Arbitration Between

Case Number: 08 CV 3687

WISCONSIN PUBLIC SERVICE CORPORATION, Applicant
and
UNION PACIFIC RAILROAD COMPANY, Respondent

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNION PACIFIC RAILROAD COMPANY

**FILED**

JUN 2 7 2008 TC
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>RONALD J. CUCHNA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ronald J. Cuchna | |
| FIRM<br>UNION PACIFIC RAILROAD COMPANY | |
| STREET ADDRESS<br>101 North Wacker Drive, Room 1920 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00552879 | TELEPHONE NUMBER<br>312/777-2040 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

__X__   United States Mail, postage prepaid and sealed;

_____   United States Certified Mail, postage prepaid and return receipt requested;

_____   Hand Delivery;

_____   UPS / Next Day Air;

_____   Facsimile Transmission; and/or

_____   Local Rule 5.9 Electronic Filing (U.S.D.C., ND IL).

on this __27th__ day of __June__, 2008.

Charles M. Gering, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite #2800
Chicago, IL   60610

Kelvin J. Dowd, Esq.
Frank J. Pergolizzi, Esq.
SLOVER & LOFTUS
1224 17th Street, N.W.
Washington, DC   20036

Joseph M. Rebein, Esq.
Laurie A. Novion, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO   64108-2613

_____
Ronald J. Cuchna

G:\LAW\LITIGATE\WPS-POS.doc