## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3687 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Wisconsin Public Service Corporation vs. Union Pacific Railroad Company | | |

**DOCKET ENTRY TEXT**

To assist the court in making an appropriate selection of a third arbitrator, counsel are requested to submit in chambers (not for public filing) by Friday, July 11, 2008, at Noon, the names and cities of those persons considered by the parties, but not selected for the position.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cv-03687   Document 8   Filed 07/08/2008   Page 1 of 1

08C3687 Wisconsin Public Service Corporation vs. Union Pacific Railroad Company          Page 1 of  1