## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3687 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Wisconsin Public Service Corporation vs. Union Pacific Railroad Company | | |

**DOCKET ENTRY TEXT**

The court appreciates the parties' further submissions and having reviewed them, grants the parties' Joint Application to Appoint Arbitrator [1] and the parties' Corrected Joint Application to Appoint Arbitrator [5]. Pursuant thereto, the court appoints Hon. Abner J. Mikva (Ret.) an experienced, distinguished and disinterested arbitrator to chair and hear the arbitration of this matter between the parties with the respective party-arbitrators, Mr. Bruce A. Americus (designated by WPSC) and Mr. William R. Jentes (designated by UP).

Docketing to mail notices.

I have spoken with Judge Mikva and he has expressed to me that he has had no previous matters with the parties or their designated arbitrators. A copy of Judge Mikva's professional background, ADR experience, fee schedule and contact information is being filed in the record with this Order as a separate docket entry [10] for the convenience of the parties.

*James F. Holderman*

Chief Judge, U.S. District Court

| | Courtroom Deputy | AMM |
|---|---|---|