*08C3687 (Wisconsin v Union)*



# Arbitration Fee Schedule
## Hon. Abner J. Mikva (Ret.)

**FILED**
**JUL 1 1 2008**
**JUDGE JAMES F. HOLDERMAN**
**UNITED STATES DISTRICT COURT**

## PROFESSIONAL FEES

**$800 per hour**

*Weekends and holidays are subject to additional charges.*

## NON-REFUNDABLE CASE MANAGEMENT FEE

*One day is defined as 10 hours of professional time*          Fee
1-3 days..................................................................$400 per party, per day
Time in excess of initial 30 hours....................10% of professional fees

- Professional fees include time spent for hearings and pre- and post-hearing reading and research, and award preparation.
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.

## CANCELLATION/CONTINUANCE POLICY

                              *Cancellation/Continuance Period*              Fee
1 day or less .......................30 days or more prior to session.....................100% REFUNDABLE, except for time incurred
2 days or more ...................60 days or more prior to session.....................100% REFUNDABLE, except for time incurred
Hearings of any length ........Inside the cancellation/continuance period.............NON-REFUNDABLE

- Unused hearing time is non-refundable.
- Hearing fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Arbitrator's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of hearing. JAMS reserves the right to cancel your hearing if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.
- Receipt of payment for all fees is required prior to service of an arbitration award that the Arbitrator has rendered.
- For arbitrations arising out of employer-promulgated plans, the only fee that an employee may be required to pay is the $400 per party fee for a one-day case. The employer must bear the employee's share of any increased CMF. Any questions or disagreements about whether a matter arises out of an employer-promulgated plan or an individually negotiated agreement or contract will be determined by JAMS, whose determination shall be final.
- For arbitrations arising out of pre-dispute arbitration clauses between companies and individual consumers, JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses, Minimum Standards of Procedural Fairness applies. In those cases, when a consumer (as defined by those Minimum Standards) initiates arbitration against the company, the only fee required to be paid by the consumer is $250. All other fees must be paid by the company.

JAMS agreement to render services is with the attorney, the party and/or other representatives of the party.

**Boston • Chicago • New York • Philadelphia • Washington**
www.jamsadr.com • Updated 07/01/07

![JAMS - THE RESOLUTION EXPERTS]



*Recognized as one of the 500 Leading Judges in America 2006*
*- Lawdragon Magazine*

## Hon. Abner J. Mikva (Ret.)

### Government/Public Agency Dispute Resolution Experience

In almost 50 years as a trial lawyer, legislator, judge and neutral, Abner J. Mikva has resolved a wide variety of disputes involving governmental interests. In fields as diverse as the environment, health and safety, communications, employment, energy resources and copyright law, he has resolved disputes in every format available.

- As chief judge of the U.S. Court of Appeals for the District of Columbia Circuit, he has decided cases as a matter of law.
- As a member of the House Judiciary Committee and the House Ways and Means Committee, he has legislated some of the more important government regulatory procedures.
- As White House Counsel to President William Clinton, he negotiated and settled many of the internecine disputes between government entities, as well as bespeaking White House concerns in the resolution of disputes and the fashion of procedures to deal with the private sector.

Since leaving government, Judge Mikva has served as a neutral under the aegis of JAMS, one of the largest private dispute resolution firms in the country.

### Representative Matters
- Arbitrated cases involving contract disputes between regulated industries in communications, in energy transmission and in food supplements
- Chaired a successful conference that brought together representatives of over 50 nations to establish fair procedures for tracing art lost or stolen during World War II
- Handled numerous insurance disputes between insurance companies and their reinsurers and involving underlying tort liability under the insurance coverage
- Mediated to a successful settlement the largest class action in an employment dispute brought by the Equal Employment Opportunities Commission. He was appointed as a Special Master by the judge who was responsible for the case
- Serves as an arbitrator in one of the first arbitration claims brought under the North American Free Trade Agreement (NAFTA)

### Honors, Memberships, and Professional Activities
- Recognized as one of the "500 Leading Judges in America," by *Lawdragon Magazine*, 2006
- Received numerous honorary degrees
- Visiting Professor and the Walter Schaefer Fellow in Public Policy, University of Chicago Law School
- Taught on numerous occasions at Georgetown Law School, University of Pennsylvania Law School, American University, Duke Law School, Northwestern University Law School and the University of Chicago

### Background and Education
- White House Counsel to President William Clinton, 1994-1995
- Chief Judge, U.S. Court of Appeals for the District of Columbia, 1991-1994
- Judge, U.S. Court of Appeals for the District of Columbia, 1979-1991
- Legislator, U.S. Congress, 1968-1979
- Legislator, State Legislature of Illinois, 1956-1966
- Goldberg Devoe Shadur & Mikva, 1952-1969
- Law Clerk, U.S. Supreme Court Justice Sherman Minton, 1951-1952
- J.D., *cum laude*, University of Chicago, 1951 (Member of the Order of the Coif and of Phi Beta Kappa and served as editor-in-chief of the *Law Review*)



**THE RESOLUTION EXPERTS**



*"Most lawyers are people of reason and I am always optimistic that I can help them find a solution to their problem."*

**Hon. Abner J. Mikva (Ret.)**

**Arbitration Experience**

Judge Mikva has earned the distinction of having served all three branches of the Federal Government. He served as a Legislator in the U.S. Congress, as Chief Judge of the United States Court of Appeals for the District of Columbia until his retirement in 1994, and as White House Counsel to President William Jefferson Clinton.

**Representative Matters**

- **Accounting:** Interpreted financing agreements between an insurance company and major national creditor
- **Business/Commercial:**
  - Arbitrated computer supply agreement between supplier and major marketing research corporation
  - Interpreted purchase contract between two automotive corporations
  - **Breach of Contract:** Arbitrated matter involving computer service contract between a state entity and a national service provider
  - **Licensing:** Arbitrated dispute involving a computer licensing agreement
  - **Telecommunications:** Interpreted franchise agreement between a local municipality and a telecommunications provider; Interpreted purchase contract between two telecommunication corporations
- **Construction:** Interpreted construction agreement involving major media corporation and its contractor
- **Employment (Breach of Contract):**
  - Interpreted non-compete provision in an employment contract of an executive of a major grocery store chain
  - Arbitrated coverage dispute involving Federal Employees Labor Act
- **Entertainment/Sports:** Interpreted contract involving the promotion of a major international sporting event
- **Environmental Enforcement:** Arbitrated environmental dispute involving the Federal Clean Air Statute
- **Estate/Probate/Trusts:** Arbitrated dispute involving estate settlement
- **Franchise:** Interpreted franchise agreement in utility contract between utility provider and state provider
- **Government/Public Agency:**
  - Arbitrated cases involving contract disputes between regulated industries in communications, in energy transmission, and in food supplements
  - **Regulatory:** Arbitrated dispute involving Federal Clean Air Statute; Arbitrated dispute involving Federal Communications Act
- **Healthcare:** Arbitrated reinsurance coverage under a healthcare plan
- **Insurance:**
  - **Coverage:** Arbitrated insurance coverage dispute involving two pharmaceutical companies
  - **Reinsurance:** Interpreted liability between two insurance companies under their reinsurance agreement
- **Intellectual Property (Patent):** Arbitrated then mediated settlement of matter involving two corporations and a drug patent
- **International:** Arbitrated international dispute under North American Free Trade Agreement (NAFTA) involving unfair trade practices
- **Personal Injury/Torts:**
  - **Product Liability:** Arbitrated insurance dispute over product liability for automotive parts
- **Pharmaceuticals:** Arbitrated a patent matter involving the marketing of pharmaceuticals
- **Securities:** Interpreted a stock purchase agreement between two corporations
- **Transportation:** Arbitrated numerous "trackage" disputes between railroad companies
- **Utility:** Arbitrated matter involving issues arising out of a power distribution contract between two major utility providers

**Honors, Memberships, and Professional Activities**
- Recognized as one of the "500 Leading Judges in America," by *Lawdragon Magazine*, 2006
- Received numerous honorary degrees
- Visiting Professor and the Walter Schaefer Fellow in Public Policy, University of Chicago Law School
- Taught on numerous occasions at Georgetown Law School, University of Pennsylvania Law School, American University, Duke Law School, Northwestern University Law School and the University of Chicago

**Background and Education**
- White House Counsel to President William Clinton, 1994-1995
- Chief Judge, U.S. Court of Appeals for the District of Columbia, 1991-1994
- Judge, U.S. Court of Appeals for the District of Columbia, 1979-1991
- Legislator, U.S. Congress, 1968-1979
- Legislator, State Legislature of Illinois, 1956-1966
- Goldberg Devoe Shadur & Mikva, 1952-1969
- Law Clerk, U.S. Supreme Court Justice Sherman Minton, 1951-1952
- J.D., *cum laude*, University of Chicago, 1951 (Member of the Order of the Coif and of Phi Beta Kappa and served as editor-in-chief of the *Law Review*)



THE RESOLUTION EXPERTS



*"Most lawyers are people of reason and I am always optimistic that I can help them find a solution to their problem."*

**Hon. Abner J. Mikva (Ret.)** is one of the few people who have served in high positions in all three branches of the federal government. Judge Mikva retired as Chief Judge of the United States Court of Appeals for the District of Columbia in 1994 to accept the appointment as White House Counsel to President William Clinton. He left the White House at the end of 1995.

**ADR Experience and Qualifications**
- Successfully mediates and arbitrates a wide variety of matters, including commercial contract, securities, employment and toxic tort disputes
- Extensive experience conducting real estate evaluations and arbitrations under international agreements
- Presided over the creation and substantial success of an appellate mediation service in the Court during his tenure as Judge and Chief Judge of the D.C. Circuit. The program was successful in mediating to conclusion many important appeals, including cases where the government was a party, and where there were substantial public questions involved. Consequently, Judge Mikva has extensive experience in reviewing disputes involving every facet of government control, from Medicare and Medicaid to licensing disputes, labor relations and intellectual property disputes.
- Authored landmark opinions in toxic waste cases, regulatory agency disputes, statutory interpretation cases and intellectual property matters while on the bench

**Representative Matters**
- Facilitated settlement of the largest Title VII employment dispute
- Mediated a toxic tort dispute between an insurer and its corporate insured
- Handled real estate evaluations, arbitrations under international agreements, securities disputes, and commercial contract disputes

**Honors, Memberships, and Professional Activities**
- Recognized as one of the "500 Leading Judges in America," by *Lawdragon Magazine*, 2006
- Received numerous honorary degrees
- Visiting Professor and the Walter Schaefer Fellow in Public Policy, University of Chicago Law School
- Taught on numerous occasions at Georgetown Law School, University of Pennsylvania Law School, American University, Duke Law School, Northwestern University Law School and the University of Chicago

**Background and Education**
- White House Counsel to President William Clinton, 1994-1995
- Chief Judge, U.S. Court of Appeals for the District of Columbia, 1991-1994
- Judge, U.S. Court of Appeals for the District of Columbia, 1979-1991
- Legislator, U.S. Congress, 1968-1979
- Legislator, State Legislature of Illinois, 1956-1966
- Goldberg Devoe Shadur & Mikva, 1952-1969
- Law Clerk, U.S. Supreme Court Justice Sherman Minton, 1951-1952
- J.D., *cum laude*, University of Chicago, 1951 (Member of the Order of the Coif and of Phi Beta Kappa and served as editor-in-chief of the *Law Review*)

Ronald J. Cuchna
Union Pacific Railroad Company
101 North Wacker Drive
Room 1920
Chicago IL 60606